# EXHIBIT 1

Filed and Attested by
PROTHONOTARY
16 Nov 2021 10:36 AM
M. BARR

Fred August Nehr, Esquire
fnehr@nehrlaw.com
Identification No.: 91676
**NEHR LAW LLC**
213 West Miner Street
West Chester, PA 19382
(610) 441-9300

Attorney for De Lage Landen Financial Services, Inc.

## IN THE COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., <br> 1111 Old Eagle School Road <br> Wayne, PA 19087 <br> Plaintiff, <br><br> v. <br><br> UNITED STATIONS RADIO NETWORKS, INC. <br> 485 Madison Avenue, 3rd Floor <br> New York, NY 10022 <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action <br><br> No.: |

## NOTICE TO DEFEND
## NOTICE

**YOU HAVE BEEN SUED IN COURT**. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff.   You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.   IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Lawyer Referral and Information Service
Chester County Bar Association
15 West Gay Street
West Chester, PA 19380
610-429-1500

### AVISO PARA DEFENDER
### AVISO

**USTED HA SIDO DEMANDADO/A EN LA CORTE.** Si usted desea defender conta la demanda puestas en las siguientes páginas, usted tienen que tomar acción dentro veinte (20) días después que esta Demanda y Aviso es servido, con entrando por escrito una aparencia personalmente o por un abogado y archivando por escrito con la Corte sus defensas o objeciones a las demandas puestas en esta contra usted. Usted es advertido que si falla de hacerlo el caso puede proceder sin usted y un jazgamiento puede ser entrado contra usted por la Corte sin más aviso por cualquier dinero reclamado en la Demanda o por cualquier otro reclamo o alivio solicitado por Demandante. Usted puede perder dinero o propiedad o otros derechos importante para usted.
USTED DEBE LLEVAR ÉSTE PAPEL A SU ABOGADO ENSEGUIDA. SI USTED NO TIENE UN ABOGADO, VAYA O LLAME POR TELÉFONO LA OFICINA FIJADA AQUÍ ABAJO. ESTA OFICINA PUEDE PROVEERÉ CON INFORMACIÓN DE CÓMO CONSEGUIR UN ABOGADO.

SI USTED NO PUEDE PAGARLE A UN ABOGADO, ÉSTA OFICINA PUEDE PROVEERÉ INFORMACIÓN ACERCA AGENCIAS QUE PUEDAN OFRECER SERVICIOS LEGAL A PERSONAS ELIGIBLE AQ UN HONORARIO REDUCIDO O GRATIS.

Lawyer Referral and Information Service
Chester County Bar Association
15 West Gay Street
West Chester, PA 19380
610-429-1500

*2021-08937-CT*



Fred August Nehr, Esquire
fnehr@nehrlaw.com
Identification No.: 91676
**NEHR LAW LLC**
213 West Miner Street
West Chester, PA 19382
(610) 441-9300

Attorney for De Lage Landen Financial Services, Inc.

## IN THE COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., 1111 Old Eagle School Road Wayne, PA 19087 Plaintiff, | : : : : : : | Civil Action No.: |
| v. UNITED STATIONS RADIO NETWORKS, INC. 485 Madison Avenue, 3rd Floor New York, NY 10022 Defendant. | : : : : : : | |

### CIVIL ACTION - COMPLAINT

Plaintiff, De Lage Landen Financial Services, Inc. by and through its attorneys Nehr Law LLC files the within Complaint against defendant United Stations Radio Networks, Inc. and in support thereof avers the following:

### The Parties

1. Plaintiff, De Lage Landen Financial Services, Inc. (hereafter referred to as "DLL"), is in the equipment leasing and finance business maintaining an address at 1111 Old Eagle School Road, Wayne, Pennsylvania 19087.

2. Defendant, United Stations Radio Networks, Inc. (hereafter referred to as "Radio") is upon information and belief, a corporation existing under the laws of the State of New York with a last known address located at 485 Madison Avenue, 3rd Floor, New York, NY 10022.

## COUNT I
## Breach of Contract
## Agreement 500-50012598

3. Plaintiff incorporates by reference all paragraphs as though fully set forth herein at length.

4. On or about August 28, 2019 Radio executed and entered into a Lease Agreement #500-50012598 (hereafter "Agreement") with DLL for equipment more fully described therein. A true and correct copy of the Agreement is attached hereto as Exhibit "A".

5. Pursuant to the Agreement, Radio was obligated to make forty-eight (48) consecutive monthly lease payments to plaintiff in the amount of two thousand eighty-seven dollars and zero cents ($2,087.00) each in addition to applicable fees for the equipment subject of the Agreement.

6. Defendant has defaulted under the terms of the Agreement for among other reasons, failing to make the required monthly payments.

7. Defendant's default has resulted in the total amount due under the Agreement to be accelerated and the amounts owed by the defendant to DLL under the terms and conditions of the Agreement are calculated as follows:

| | | | |
|---|---|---|---|
| Past Due Payments | $ | 7,273.11 | (4) |
| Late Charges | $ | 469.64 | |
| Insurance | $ | 148.24 | |
| Other | $ | 30.49 | |
| Remaining Payments + Residual (Disc 3%) | $ | 51,389.63 | (26+6,054.12) |
| Default Interest at 18% | $ | 4,562.89 | (As of 11/4/21) |
| Attorney's Fees | $ | TBD | |
| Filing Fees | $ | 203.75 | |
| **TOTAL DUE TO PLAINTIFF** | $ | **64,077.75 + Attys' Fees & Interest** | |

8. Pursuant to the Agreement, defendant is responsible to pay all costs incurred by plaintiff in connection with the enforcement of the terms of the Agreement including reasonable collection costs, default interest at the annual rate of 18% and reasonable attorneys' fees. (See Exhibit "A").

9. Despite frequent demands, defendant refuses to pay plaintiff.

10. Pursuant to a forum selection clause in the Agreement, Radio acknowledged and consented to personal jurisdiction in Pennsylvania, waived trial by jury with respect to any provision of the Agreement and plaintiff is domiciled in Chester County, Pennsylvania.

11. In the Agreement, Radio acknowledged, among other things, that plaintiff had made no representations nor warranties, express or implied, including warranties of merchantability and fitness for a particular purpose, in connection with the Agreement.

12. Defendant Radio's default of the Agreement by its failure to make monthly payments constitutes a breach of the Agreement.

WHEREFORE, plaintiff, De Lage Landen Financial Services, Inc. demands judgment against defendant United Stations Radio Networks, Inc. in the total amount of sixty-four thousand seventy-seven dollars and seventy-five cents ($64,077.75) together with default interest continuing to accrue at the annual rate of 18%, reasonable attorneys' fees and such other relief as this Court deems just and proper.

## COUNT II
### In the Alternative, Unjust Enrichment

13. Plaintiff incorporates by reference all paragraphs as though fully set forth herein at length.

14. By virtue of defendant having received and accepted the equipment subject of the Agreements, a benefit has been conferred upon defendant.

15. Defendant upon receipt of such equipment has appreciated such benefits conferred.

16. Upon being provided with such equipment, defendant has accepted and retained such equipment and the benefits of possession and use of such equipment.

17. Defendant has not paid the fair value of such equipment.

18. Under the circumstances present, it would be inequitable for defendant to retain the benefits conferred without fair payment of the value received.

19. DLL seeks the recovery of the outstanding balance due in the amount of sixty-four thousand seventy-seven dollars and seventy-five cents ($64,077.75) due under the doctrine of unjust enrichment.

WHEREFORE, plaintiff, De Lage Landen Financial Services, Inc. demands judgment against defendant United Stations Radio Networks, Inc. in the total amount of sixty-four thousand seventy-seven dollars and seventy-five cents ($64,077.75) together with default interest continuing to accrue at the annual rate of 18%, reasonable attorneys' fees and such other relief as this Court deems just and proper.

## COUNT III
### In the Alternative, On Account Stated

20. Plaintiff incorporates by reference all paragraphs as though fully set forth herein at length.

21. Plaintiff maintained an accurate and running record of all debits and credits regarding the payments made by Radio in plaintiff's books of account.

22. Plaintiff arranged for the mailing to Radio a written statement each month which accurately stated the debits and credits to Radio's account for the prior billing period.

23. Defendant received the monthly statements from plaintiff without protest, dispute, or objection.

24. Defendant in not protesting, disputing or objecting to the statements thereby assented and agreed to the correctness of the balance due on the account so as to constitute an account stated.

25. The amount due to Plaintiff on the account stated, less credits, if any issued since the instant filing is sixty-four thousand seventy-seven dollars and seventy-five cents ($64,077.75).

**WHEREFORE**, plaintiff, De Lage Landen Financial Services, Inc. demands judgment against defendant United Stations Radio Networks, Inc. in the total amount of sixty-four thousand seventy-seven dollars and seventy-five cents ($64,077.75) together with default interest continuing to accrue at the annual rate of 18%, reasonable attorneys' fees and such other relief as this Court deems just and proper.

                                      NEHR LAW LLC

                                    */s/ Fred August Nehr*

By:_____
    Fred August Nehr, Esquire
    Attorney for Plaintiff, De Lage Landen
Date: 11/4/21                    Financial Services, Inc.

## VERIFICATION

I, Joseph Paneghello, hereby certify that I am an authorized representative of De Lage Landen Financial Services, Inc., the plaintiff in the foregoing matter. As such, I am authorized to make this Verification on its behalf. I verify that I have read the foregoing pleading and that the averments of fact contained thereon are true and correct to the best of my knowledge, information and belief. I further certify that I have personal knowledge of the facts in the foregoing pleading.

I acknowledge and understand that the statements herein contained are subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

*Joseph Paneghello*
Joseph Paneghello

Date:

(DLL v. United Stations Radio Networks, Inc.)

2021-08937-CT

# EXHIBIT A

*2021-08937-CT*

500-500-12598

## ATLANTIC tomorrowsoffice.com
A Program of De Lage Landen Financial Services

# Lease Agreement

**LESSEE**
- Full Legal Name: United Stations Radio Networks, Inc.
- Billing Address: 485 Madison Avenue - Floor # 3
- City: New York
- State: NY
- Zip: 10022-5869
- County: New York
- Phone Number: (212) 538-3688
- Purchase Order Requisition Number:
- Send Invoice to Attention of:

**EQUIPMENT**
| Make | Model Number | Serial Number | Quantity | Description (Attach Separate Schedule A if Necessary) |
|---|---|---|---|---|
| Ricoh Afico | IMC 6000 | | 2 | Color Copier/ Printer/ Scanner/ Faxes |

**PAYMENT INFORMATION**
| Number of Lease Payments | Lease Payment | (PLUS) | Applicable Sales Tax | (EQUALS) | Total Lease Payment |
|---|---|---|---|---|---|
| 48 | $2,087.00 | + | | = | |

- Term of Lease in Months: 48
- Payment Frequency: ☒ Monthly ☐ Quarterly ☐ Other
- End of Lease Option: ☒ FMV ☐ 10% ☐ $1 ☐ Other
- End of Lease Purchase Option shall be FMV unless another option is selected.

| Security Deposit | (PLUS) | First Period Payment | (PLUS) | Other | (EQUALS) | Total Payment Enclosed |
|---|---|---|---|---|---|---|
| $0.00 | + | | + | | = | $0.00 |

### TERMS AND CONDITIONS

1. **Lease:** You (the "Lessee") agree to lease from us (the "Lessor") the Equipment listed above and on any attached schedule (the "Lease"). This Lease is effective on the date that it is accepted and signed by us, and the term of this Lease begins on that date or any later date that we designate (the "Commencement Date") and continues thereafter for the number of months indicated above. You agree to pay us a fee of $75.00 to reimburse our expenses for preparing financing statements, other documentation costs and all ongoing administration costs during the term of this Lease. Security deposits are non-interest bearing and may be applied to cure a Lease default. If you are not in default, we will return the deposit to you when the Lease is terminated. ONLY WE ARE AUTHORIZED TO WAIVE OR CHANGE ANY TERM, PROVISION OR CONDITION OF THE LEASE.

2. **Lease Payment.** [text illegible]

3. **Title:** [text illegible]

4. **Equipment Use and Warranties:** We are leasing the Equipment to you "AS-IS" AND MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. [text illegible]

5. **Assignment:** [text illegible]

6. **Risk of Loss and Insurance:** [text illegible]

7. **Taxes:** [text illegible]

8. **End of Lease:** [text illegible]

9. **Default and Remedies:** [text illegible]

10. **Miscellaneous:** You agree the Lease is a Finance Lease as defined in Article 2A of the Uniform Commercial Code ("UCC"). [text illegible] This Lease was made in Pennsylvania ("PA"), is to be performed in PA and shall be governed and construed in accordance with the laws of PA. [text illegible]

**LESSEE SIGNATURE**
- Signature: [signed]
- Date: 8/7/19
- Title: Director of IT
- Print Name: Julian Woolsey
- Legal Name of Corporation: United Stations Radio Networks, Inc.

**LESSOR**
- De Lage Landen Financial Services, Inc.
- Lease Processing Center, 1111 Old Eagle School Road, Wayne, PA 19087
- PHONE: (800) 736-3278 • FAX: (800) 778-2329
- Commencement Date: 8/28/19
- Accepted By: C. Hoffman

**ACCEPTANCE**
The Equipment has been received, put in use, is in good working order and is satisfactory and acceptable.
- Signature:
- Date:
- Print Name:
- Title:

**GUARANTY**
I unconditionally guaranty prompt payment of all the Lessee's obligations under the Lease. [text illegible] This guaranty is governed by and construed in accordance with the laws of the Commonwealth of PA and I consent to non-exclusive jurisdiction of any state or federal court in PA and waive trial by jury.
- Signature:
- Print Name:
- Date:

©2005 All Rights Reserved. Printed in the U.S.A. 08ABP027v2 12/05

500-50012598

# DELIVERY AND ACCEPTANCE

| N.E.T. | | DOT# 240605 |
|---|---|---|
| 230 Clay Avenue | | ICC# 171822 |
| Lyndhurst, NJ 07071 | | |

08061291

| VEHICLE NO. | | ** Prep/Install DATE | BRANCH |
|---|---|---|---|
| 0430 | | 8/26/19 | ABS |

| FROM | BILL TO | SHIP TO |
|---|---|---|
| NET | ATLANTIC BUSINESS PRODUCT | UNITED STATIONS RADIO |
| 230 Clay Ave | ACCOUNTS PAYABLE | 485 MADISON AVE |
| Lyndhurst NJ 07071 | 134 WEST 26TH ST | 3RD FL |
| | NEW YORK  NY 10001 | NEW YORK  NY 10022 |
| | | Notify- JULIAN WOOLSEY |
| | | ** Prep/Install |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 212/869-1111 | 00 | 8/26/19 | 4507408 |

| | | DESCRIPTION | | | | WEIGHT |
|---|---|---|---|---|---|---|
| 842279 BLACK TO | 276388 | 276388 | J 08061291 | 99999 | 0826 | 2 |
| 842280 YELLOW T | 276484 | 276484 | J 08061291 | | 0826 | 2 |
| 842281 MAGENTA | 276548 | 276548 | J 08061291 | | 0826 | 2 |
| 418381 PU3080 | 3469Z610372 | 284264 | J 08061291 | 99999 | 0826 | 16 |
| 418337 SR3260 F | 3459Q114365 | 294677 | J 08061291 | 99999 | 0826 | 260 |
| 418345 BU3090 | 3569Z610937 | 294692 | J 08061291 | | 0826 | 12 |
| 418349 PB3280 | 3479Q712605 | 294712 | J 08061291 | 99999 | 0826 | 70 |
| 418392 FAX TYPE | R5029601111 | 294723 | J 08061291 | 99999 | 0826 | 2 |
| IMC6000RIC RICO | 3149M566435 | 296404 | J 08061291 | 99999 | 0826 | 920 |
| 842282 CYAN TON | 296652 | 296652 | J 08061291 | 99999 | 0826 | 2 |

Customer Please Check YES or NO    YES / NO
1. Did Driver unpack and remove debris?
2. Did Driver install equipment
3. Did Driver run a copy through Doc. Feeder & Sorter

** INSTRUCTIONS **

| OTHER | DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL |
| RIGGING | 2 HOUR EMAIL NOTIFICATION TO ABS |
| | REMOTE INSTALL |
| | DRIVER MUST TRANSFER SURGE |
| EXPEDITE | EXPEDITE BETWEEN 1300 AND 1600 |

The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

X Julian Woolsey    Director of IT
  Print Name         Title

X [signature]    8/26/19
  SIGNATURE     DATE

SHIPPER        DATE

2021-08937-CT

500-500 12598

| N.E.T.<br>230 Clay Avenue<br>Lyndhurst, NJ 07071 | | DELIVERY AND ACCEPTANCE<br>08061301 | | DOT# 240605<br>ICC# 171822 | |
|---|---|---|---|---|---|
| VEHICLE NO.<br>0430 | | | | ** Prep/Install<br>DATE<br>8/26/19 | BRANCH<br>ABS |
| FROM<br>NET<br>230 Clay Ave<br>Lyndhurst NJ 07071 | | BILL TO<br>ATLANTIC BUSINESS PRODUCT<br>ACCOUNTS PAYABLE<br>134 WEST 26TH ST<br>NEW YORK  NY  10001 | | SHIP TO<br>UNITED STATIONS RADIO<br>485 MADISON AVE<br>3RD FL<br>NEW YORK  NY  10022<br>Notify- JULIAN WOOLSEY<br>** Prep/Install | |

| CUSTOMER PHONE | ZONE | SERVICE DATE/SPREAD DATE | CUSTOMER REFERENCE |
|---|---|---|---|
| 212/869-1111 | 00 | 8/26/19 - | 4507408 |

| | DESCRIPTION | | | | | WEIGHT |
|---|---|---|---|---|---|---|
| 842279 BLACK TO | 276389 | 276389 | J 08061301 | 99999 | 0826 | 2 |
| 842281 MAGENTA | 276544 | 276544 | J 08061301 | | 0826 | 2 |
| 842282 CYAN TON | 276632 | 276632 | J 08061301 | | 0826 | 2 |
| 418337 SR3260 F | 3459Q114366 | 294678 | J 08061301 | 99999 | 0826 | ~~120~~ |
| 418345 BU3090 | 3569Z010944 | 294686 | J 08061301 | | 0826 | 12 |
| IMC6000RIC RICO | ~~3149M800811~~ | 296405 | J 08061301 | 99999 | 0826 | ~~986~~ |
| 842280 YELLOW T | 296648 | 296648 | J 08061301 | | 0826 | 2 |
| 418349 PB3280 | 3479Q710938 | 304073 | J 08061301 | 99999 | 0826 | 70 |
| 418381 PU3080 | 3469Z510399 | 304078 | J 08061301 | | 0826 | 16 |
| 418392 FAX TYPE | RS029602229 | 304080 | J 08061301 | 99999 | 0826 | 2 |

Customer Please Check YES or NO   YES / NO
1. Did Driver unpack and remove debris?   ✓ __
2. Did Driver install equipment   ✓ __
3. Did Driver run a copy through Doc. Feeder & Sorter   ✓ __

** INSTRUCTIONS **
OTHER        DRIVER MUST CALL 1 HOUR PRIOR TO ARRIVAL
RIGGING      2 HOUR EMAIL NOTIFICATION TO ABS
             REMOTE INSTALL
             DRIVER MUST TRANSFER SURGE
EXPEDITE     EXPEDITE BETWEEN 1300   AND 1600   .

The equipment has been received, put in use, is in good working order and is satisfactory and acceptable.

X Julian Woolsey   Director of IT
Print Name                           Title

X [signature]                8/26/19
SIGNATURE                    DATE

SHIPPER          DATE

2021-08937-CT

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
### CHESTER County

For Prothonotary Use Only:
Docket No: **2021-08937-CT**

Filed and Attested by PROTHONOTARY 16 Nov 2021 10:36 AM M. BARR

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action**
- ✓ Complaint
- _ Writ of Summons
- _ Petition
- _ Transfer from Another Jurisdiction
- _ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES, INC.** | **UNITED STATIONS RADIO NETWORKS, INC.** |

Are money damages requested? ✓ Yes  _ No

Dollar Amount Requested: _ Within arbitration limits (check one) ✓ outside arbitration limits

Is this a Class Action Suit? _ Yes ✓ No     Is this an MDJ Appeal? _ Yes ✓ No

Name of Plaintiff/Appellant's Attorney: Fred Nehr

_ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**SECTION B**

**Nature of the Case:** Place "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- _ Intentional
- _ Malicious Prosecution
- _ Motor Vehicle
- _ Nuisance
- _ Premises Liability
- _ Product Liability *(does not include mass tort)*
- _ Slander/Libel/Defamation
- _ Other:

**MASS TORT**
- _ Asbestos
- _ Tobacco
- _ Toxic Tort - DES
- _ Toxic Tort - Implant
- _ Toxic Waste
- _ Other:

**PROFESSIONAL LIABILITY**
- _ Dental
- _ Legal
- _ Medical
- _ Other Professional

**CONTRACT** *(do not include Judgments)*
- _ Buyer Plaintiff
- _ Debt Collection: Credit Card
- ✓ Debt Collection: Other
- _ Employment Dispute: Discrimination
- _ Employment Dispute: Other
- _ Other

**REAL PROPERTY**
- _ Ejectment
- _ Eminent Domain/Condemnation
- _ Ground Rent
- _ Landlord/Tenant Dispute
- _ Mortgage Foreclosure: Residential
- _ Mortgage Foreclosure: Commercial
- _ Partition
- _ Quiet Title
- _ Other:

**CIVIL APPEALS**
Administrative Agencies
- _ Board of Assessment
- _ Board of Elections
- _ Dept. of Transportation
- _ Statutory Appeal: Other
- _ Zoning Board
- _ Other:

**MISCELLANEOUS**
- _ Common Law/Statutory Arbitration
- _ Declaratory Judgement
- _ Mandamus
- _ Non-Domestic Relations Restraining Order
- _ Quo Warranto
- _ Replevin
- _ Other:

2021-08937-CT

# Chester County
## Court of Common Pleas
### Cover Sheet

Docket No: **2021-08937-CT**

| Plaintiff(s): (Name, Address) | Plaintiff's/Appellant's Attorney (circle one) |
|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES, INC.** <br> 1111 OLD EAGLE SCHOOL ROAD  WAYNE, PA  19087 | (Name, firm, address, telephone and attorney ID#) <br> **Fred Nehr** <br> (610) 441-9300 NEHR LAW LLC attorney ID#: 091676 <br> 213 WEST MINER ST West Chester, PA 19382 |
| Defendant(s): (Name, Address) <br> **UNITED STATIONS RADIO NETWORKS, INC.** <br> 485 MADISON AVENUE 3RD FLOOR  NEW YORK, NY  10022 | Are there any related cases? Please provide case nos. |

**Defendants who are proceeding without counsel are strongly urged to file with the Prothonotary a written statement of an address AND a telephone number at which they can be reached**

**Commencement of Action (if applicable):** __ Agreement for an Amicable Action  __ Motion to Confirm Arbitration Award  Notice of Appeal

If this is an appeal from a Magisterial District Judgement, was appellant __ Plaintiff or __ Defendant in the original action?

Jury Trial Demanded  __ Yes  ✓ No

Nature of case if not on previous cover sheet - Please choose the most applicable

- Annulment
- Custody - Conciliation Required
- Custody - Foreign Order
- Custody - No Conciliation Required
- Divorce - Ancillary Relief Request
- Divorce - No Ancillary Relief Requested
- Foreign Divorce
- Foreign Protection from Abuse
- Paternity
- Protection from Abuse
- Standby Guardianship

- Writ of Certiorari
- Injunctive Relief
- Mechanics Lien Claim
- Issuance of Foreign Subpoena
- Name Change
- Petition for Structured Settlement

**Arbitration Cases Only**

Arbitration Date: mm/dd/yyyy
Arbitration Time: hh:mm:ss

Defendants are cautioned that the scheduling of an arbitration date does not alter the duty of the defendant to respond to the complaint and does not prevent summary disposition form occurring prior to the arbitration date.
This matter will be heard by a Board of Arbitrators at the time and date specified but, if one or more of the parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial *de novo* on appeal from a decision entered by a judge.

**Notice of Trial Listing Date**
Pursuant to C.C.R.C.P. 249.3, if this case is not subject to compulsory arbitration it will be presumed ready for trial twelve (12) months from the date of the initiation of the suit and will be placed on the trial list one (1) year from the date the suit was filled unless otherwise ordered by the Court.

To obtain relief from automatic trial listing a party must proceed pursuant to C.C.R.C.P. 249.3(b), request an administrative conference and obtain a court order deferring the placement of the case on the trial list until a later date.

**File with:** Chester County Justice Center, Prothonotary Office, 201 W. Market St., Ste. 1425, PO Box 2746, West Chester, PA 19380-0989

*2021-08937-CT*

| These cover sheets must be served upon all other parties to the action immediately after filing. |
|---|
| Submit enough copies for service. |

*2021-08937-CT*